# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

MICHAEL POWERS            )
                Plaintiff,    )
v.                        )
                         )  Case No. 3:23-cv-00609-RGJ-CHL
AUTOZONERS, LLC           )
d/b/a AutoZone,           )
                Defendants.   )

## **AGREED ORDER OF JUDGMENT**

This matter was held beginning on Monday, August 25, 2025 through Thursday, August 28, 2025 for jury trial before the Honorable Rebecca Grady Jennings, United States District Judge.

The following counsel participated during the trial:

For the Plaintiff: Jeff W. Adamson, and David Borum.

For the Defendant: Jennifer L. Bame, Laurie M. Riley, and Robert B. Worley.

Testimony and arguments having been heard, the Court being sufficiently advised, and the jury entering its verdict form in favor of Defendant, it is **ORDERED** and **ADJUDGED** that a Judgment is hereby entered in favor of Defendant.

September ____, 2025

Copies to Counsel:
Jeff W. Adamson, Esq.
Jennifer L. Bame, Esq.
David Borum, Esq.
Laurie M. Riley, Esq.
Robert B. Worley, Esq.

Rebecca Grady Jennings, District Judge
United States District Court

September 4, 2025

1

#104250858v1